UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Rose Nieves-Rodriguez<br>      Debtor<br><br>PHH Mortgage Corporation as servicer for Mortgage Assets Management, LLC<br><br>      Movant<br><br>v.<br><br>Rose Nieves-Rodriguez<br>      Debtor/Respondent<br>KENNETH E. WEST, Esquire<br>      Trustee/Respondent | Bankruptcy No. 22-11220-amc<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this 6th day of Feb., 2024, upon consideration of PHH Mortgage Corporation as servicer for Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to PHH Mortgage Corporation as servicer for Mortgage Assets Management, LLC; and it is further

ORDERED, that PHH Mortgage Corporation as servicer for Mortgage Assets Management, LLC, its successors and/or assignees be entitled to proceed with appropriate state

court remedies against the property located at 1813 Meadowbrook Rd, Feasterville Trevose, PA 19053, including without limitation a sheriff's sale of the property, and it is further

ORDERED that PHH Mortgage Corporation as servicer for Mortgage Assets Management, LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge